**Dated: March 05, 2020**
**The following is ORDERED:**

_____

**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **JAMES JERRY SKEFOS, _et al._,**[1] | ) | **CASE NO. 19-29718-JDL** |
| | ) | |
| **DEBTOR.** | ) | **JOINTLY ADMINISTERED** |
| | ) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING AND SHORTEN**
**NOTICE REGARDING THE CHAPTER 11 TRUSTEE'S MOTION TO SELL REAL**
**PROPERTY LOCATED AT 1180, 1182; 1184, 1186; AND 1188, 1190 BROWN AVENUE**

Before the Court is the _Motion to Expedite Hearing and Shorten Notice Regarding the_

_Chapter 11 Trustee's Motion to Sell Real Property Located at 1180, 1182; 1184, 1186; and_

_____

[1] The other debtors in these jointly administered cases are Skefco Properties, Inc., Case No. 19-26580 and Eleftheria, LLC, Case No. 19-26603.

*1188, 1190 Brown Avenue* (the "Motion"), and the Court[2] having found and concluded that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (iv) good and sufficient notice of the Motion has been given and a reasonable opportunity to object to, or be heard has been afforded to all interested persons and entities, and (v) conducting an expedited hearing regarding the Sale Motion on shortened notice is in the best interests of the Debtor's estate,

IT IS THEREFORE ORDERED THAT:

1.      The Motion is granted.

2.      A hearing on the *Motion to Sell Real Property Located at 1180, 1182; 1184, 1186; and 1188, 1190 Brown Avenue* (the "Sale Motion") [Dkt Entry No. 128] is scheduled for March 12, 2020, at 10:15 a.m. (the "Sale Motion Hearing").

3.      There is no deadline for responding or objecting to the Sale Motion prior to the Sale Motion Hearing.

4.      Objections and responses to the Sale Motion may be lodged orally at the Sale Motion Hearing.

5.      Within one business day of the entry of this Order, the Trustee shall serve a copy of this Order on all parties in interest and parties requesting notice.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

---

[2] All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

Submitted for Entry by:


MANIER & HEROD, P.C.

/s/ Michael E. Collins
Michael E. Collins (Bar No. 16036)
Robert W. Miller (Bar No. 31918)
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
Telephone: (615)-244-0030
Facsimile: (615) 242-4203
mcollins@manierherod.com
rmiller@manierherod.com

*Counsel for the Chapter 11 Trustee*


**FINAL ORDER TO BE SERVED ON**: All persons listed on the matrix.